UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD MCNEIL ARMSTRONG <br><br> Defendant. | Case No.: 5:23-MJ-570-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    (×) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

      and/ or

B. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×)    information in the Pretrial Services Report and Recommendation

    (×)    information in the violation petition and report(s)

    (×)    the defendant's nonobjection to detention at this time

    ( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 01/05/2024

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE